UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ALLIED PROPERTY AND CASUALTYINSURANCE COMPANY, AN IOWA CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ARMADILLO DISTRIBUTION ENTERPRISES, INC., A FLORIDACORPORATION et. al.<br><br>　　　　Defendants. | §§§§§§§§§§§§§§§  Civil Action No. 4:21-cv-617-ALM |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL

Considering the forgoing Joint Stipulation of Dismissal,

**IT IS HEREBY ORDER** Plaintiff, ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY ("Allied") and Defendant, ARMADILLO DISTRIBUTION ENTERPRISES, INC. ("Armadillo") that this Joint Stipulation of Dismissal pursuant to Rule 41(a)(1)(a)(ii) is **GRANTED.**