# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| ALLIED PROPERTY AND CASUALTYINSURANCE COMPANY, AN IOWA CORPORATION, | §§§§§ | |
| Plaintiff, | §§ | Civil Action No. 4:21-cv-617-ALM |
| v. | §§ | |
| ARMADILLO DISTRIBUTION ENTERPRISES, INC., A FLORIDACORPORATION et. al. | §§§§§ | |
| Defendants. | §§ | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal (Dkt. #105) by Plaintiff ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY and Defendant ARMADILLO DISTRIBUTION ENTERPRISES, INC. pursuant to Rule 41(a)(1)(a)(ii). The Court hereby accepts the parties' Joint Stipulation of Dismissal.

It is therefore ORDERED that this case is dismissed in accordance with the Joint Stipulation of Dismissal.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 23rd day of February, 2023.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE